No. 85–6385.   RICHARDS *v.* TENNESSEE.   Sup. Ct. Tenn. Certiorari denied.

No. 85–6391.   CARTER ET AL. *v.* LOUISIANA.   Ct. App. La., 3d Cir.   Certiorari denied.

No. 85–6392.   NOLL *v.* PETROVSKY, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–6393.   RAY *v.* WHITE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–6399.   MORRIS *v.* CHRISTIAN HOSPITAL.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 85–6401.   KALTENBACH *v.* LOUISIANA.   Ct. App. La., 3d Cir.   Certiorari denied.

No. 85–6402.   MUELLER *v.* PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER.   C. A. 3d Cir.   Certiorari denied.

No. 85–6405.   CRAWFORD *v.* PARKS ET AL.   Ct. App. Ga. Certiorari denied.

No. 85–6406.   BOYER *v.* FREY ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–6408.   MCDANIEL *v.* KELLUM.   C. A. 5th Cir.   Certiorari denied.

No. 85–6409.   CISNEROS *v.* MERIT SYSTEMS PROTECTION BOARD.   C. A. Fed. Cir.   Certiorari denied.

No. 85–6412.   MASTERS *v.* WHITTAKER STEEL ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–6416.   REDMAN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 85–6419.   LAMPKIN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.